STATE OF NORTH CAROLINA v. JERRY DAVID REEDER

No. 7419SC1019

(Filed 5 March 1975)

APPEAL by defendant from *Seay, Judge.* Judgment entered 29 August 1974 in Superior Court, RANDOLPH County. Heard in the Court of Appeals 18 February 1975.

*Attorney General Edmisten by Assistant Attorney General Myron C. Banks for the State.*

*William H. Heafner for defendant appellant.*

BRITT, MORRIS and ARNOLD, Judges.

No error.